BISMARCK (JOHN R.), Respondent, vs. DERNEHL, Appellant.

For the appellant: *Coleman & Barry* of Milwaukee.

For the respondent: *Fish, Marshutz & Hoffman,* attorneys, *Irving A. Fish* and *G. R. Hoffman* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.

BISMARCK (IDA), Respondent, vs. DERNEHL, Appellant.

For the appellant: *Coleman & Barry* of Milwaukee.

For the respondent: *Fish, Marshutz & Hoffman,* attorneys, *Irving A. Fish* and *G. R. Hoffman* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.

WILL OF PETERSON: PEDERSEN and others, Appellants, vs. HERMANSON, Proponent, Respondent.

For the appellants: *Sweet, Johnson & Sands* of Minneapolis, Minnesota, and *White & White* of River Falls.

For the respondent: *Casey & Magee* of Ellsworth.

*By the Court.*—Judgment affirmed.